UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SHANNON ALEXANDER (298078)

VERSUS

CAPT. WESTBROOK, ET AL

CIVIL ACTION

NO. 11-63-BAJ-CN

**RULING**

The Court, having carefully considered the motion, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated November 9, 2011 (doc. 29), and plaintiff's objection thereto, hereby approves the Report and Recommendation of the Magistrate Judge and adopts it as the Court's opinion herein.

Accordingly, IT IS ORDERED that defendants' motion for summary judgment is granted and this action shall be dismissed .

Baton Rouge, Louisiana, December 23, 2011.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA